HOLTZMAN & MCCLAIN, PC
A Professional Corporation
524 Maple Avenue, Suite 200
Linwood, NJ 08221
(609) 601-0900
Stephen D. Holtzman, Esquire (SDH 9921)
Jeffrey S. McClain, Esquire (JSM 0966)
Attorneys for Defendant CFG Health Systems, LLC

| | |
|---|---|
| The Estate of David B. Conroy by and through its Administrator Ad Prosequendum, Jenney Ferguson,<br><br>Plaintiffs,<br><br>v.<br><br>Cumberland County, Warden Richard T. Smith, in his individual capacity, Former Warden Robert Balicki, in his individual capacity, John Doe Corrections Officers (1-10, Fictitious Individuals), in their individual capacities and CFG Health Systems, LLC,<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>District of New Jersey<br>Camden Vicinage<br><br>Case No. 1:17-cv-07183 (JBS) (AMD)<br><br>Civil Action<br><br>Voluntary Stipulation of Dismissal of Medical Claims with Prejudice |

IT IS HEREBY STIPULATED AND AGREED that any and all claims and cross-claims including but not limited to, federal and/or state law claims for inadequate medical care, denial of medical care and/or professional negligence by medical personnel, including claims for vicarious liability, including but not limited to, federal and/or state law claims for inadequate medical care, denial of medical care and/or professional negligence by medical personnel including claims for vicarious liability arising from the complaint of Plaintiff Estate of David B. Conroy by and through its Administrator Ad Prosequendum, Jenney Ferguson, be and hereby are voluntarily dismissed in their entirety with prejudice and without costs.

This matter be and hereby is closed with respect to Defendant CFG Health Systems, LLC only.

Plaintiff of Estate of David B. Conroy by and through its Administrator Ad Prosequendum, Jenney Ferguson

Dated: 2/5/20

_____
Conrad J. Benedetto, Esquire

Defendant Cumberland County, Warden Richard T. Smith, in his individual capacity, and Former Warden Robert Balicki, in his individual capacity

Dated: 1/23/20

_____
Shanna McCann, Esquire

Defendant CFG Health Systems, LLC

Dated: 2/5/20

_____
Stephen D. Holtzman, Esquire