Law Offices
# CHANCE & McCANN

*Limited Liability Company*
**201 WEST COMMERCE STREET**
**PO BOX 278**
**BRIDGETON, NJ 08302**
(856) 451 9100
Fax (856) 455 5227

Email: shannamccann@chancemccann.com

Website: www.chancemccann.com

WOODSTOWN OFFICE
*By Appointment Only*
(856) 769 9001

**KEVIN P. McCANN**
CERTIFIED BY THE SUPREME COURT OF NEW
JERSEY AS A CIVIL TRIAL ATTORNEY
CERTIFIED BY THE NATIONAL BOARD OF TRIAL
ADVOCACY AS A CIVIL TRIAL ADVOCATE
MEMBER OF THE UNITED STATES DISTRICT
COURT OF THE SOUTHERN DISTRICT OF TEXAS
L.L.M. TAXATION
R.1:40 QUALIFIED MEDIATOR

**SHANNA McCANN** *°
**MATTHEW WENG**
**ANDREA RHEA**
**CLAUDIA GALLAGHER**

* ALSO A MEMBER OF THE PA BAR
° CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A MUNICIPAL COURT
LAW ATTORNEY

April 14, 2022

Honorable Robert B. Kugler
Honorable Ann Marie Donio, USDJ
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets, Room 1050
Camden NJ 08101

Re:  Estate of Conroy v. Cumberland, et al. No. 17-7183
     Estate of Conroy v. Cimino and Gomez, et al. No. 18-14184

Your Honor:

I represent the Defendant, Cumberland County in No. 17-7183 and Third Party-Defendant, Cumberland County in No. 18-4184 hereinafter referred to collectively as the County in the above captioned matters.

Since March 21, 2022, the parties have been actively engaged in mediating the above cases with the Honorable Diane Welsh, U.S.M.J. Ret. I am pleased to report that the parties have reached an agreement in principle to settle the above referenced cases. Once the various releases are signed and the matter is concluded, a stipulation of dismissal will follow.

Please confirm that the pre-trial conference scheduled for March 20, 2022, has been cancelled.

Thank you for your attention to this matter.

Sincerely,
CHANCE & MCCANN

*s/Shanna McCann*
SHANNA MCCANN

cc:   all counsel of record via ECF