IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| THE ESTATE OF DAVID B. CONROY, BY AND THROUGH ITS ADMINISTRATOR AD PROSEQUENDUM, JENNEY FERGUSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CUMBERLAND COUNTY, et al.,<br><br>　　　　Defendants. | Civil No. 17-7183 (RBK/AMD) |
| THE ESTATE OF DAVID CONROY, BY AND THROUGH ITS ADMINISTRATOR AD PROSEQUENDUM, JENNEY FERGUSON, and JENNEY FERGUSON, IN HER OWN RIGHT,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CORRECTIONS OFFICER JUSTIN CIMINO, et al.,<br><br>　　　　Defendants. | Civil No. 18-14184 (RBK/AMD) |

**<u>ORDER</u>**

　　　　This Order sets forth the following directives given to counsel during the telephonic conference held on the record on April 20, 2022, with all counsel appearing as set forth on the record; and for the reasons set forth on the record; and good cause appearing for the entry of the within Order:

IT IS on this **21st** day of **April 2022,** hereby **ORDERED:**

1. Counsel for Plaintiffs shall file a letter as set forth on the record addressing the allocation of settlement proceeds in light of the remaining claims in this case.

2. Counsel for Plaintiffs shall file all documentation in connection with the approval of the settlement.

s/ Ann Marie Donio
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Robert B. Kugler